148 A.3d 744

WILLIAM EDWARDS AND CAROLINE EDWARDS, PLAINTIFFS-PETITIONERS, v. STATE OF NEW JERSEY CASINO CONTROL COMMISSION, LINDA KASSEKERT, AND GARY STEIN, DEFENDANTS-RESPONDENTS, AND TAMA HUGHES AND MARK GIANNANTONIO, DEFENDANTS.

Filed July 26, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-005717-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

148 A.3d 745

HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-14, PLAINTIFF-RESPONDENT, v. JOY LIA, HER HEIRS, DEVISEES AND PERSONAL REPRESENTATIVES, AND HER OR ANY OF THEIR SUCCESSORS IN RIGHT, TITLE, AND INTEREST; ANTHONY LIA, HIS HEIRS, DEVISEES AND PERSONAL REPRESENTATIVES AND HIS OR ANY OF THEIR SUCCESSORS IN RIGHT, TITLE AND INTEREST; AND WELLS FARGO BANK, N.A., DEFENDANTS-PETITIONERS.

July 26, 2016.

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-002032-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied with costs.

148 A.3d 745

SARAH B. BISER, PLAINTIFF-RESPONDENT, v. RICHARD L. LEVINE, DEFENDANT-PETITIONER.

July 26, 2016.

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003318-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

148 A.3d 745

LORI WILLIAMS, PLAINTIFF-RESPONDENT, v. STEVEN FREITAG, DEFENDANT-PETITIONER.

FILED July 26, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court: